**PRISONER CASE**  CAT 3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** AHSAN SALIM

**Defendant(s):** THE CITY OF CHICAGO, et al.

**County of Residence:** DUPAGE

**County of Residence:**

**Plaintiff's Address:**
Ahsan Salim
#188876
Dupage - DCJ
P.O. Box 957
Wheaton, IL  60187

**Defendant's Attorney:**

**08CV3629**
**JUDGE ANDERSEN**
**MAG. JUDGE MASON**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**FILED**
Jun 25, 2008
JUN 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham   **Date:** 06/25/2008