UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ANDERSEN
MAG. MASON

AHSAN SALIM #188876 AT

DUPAGE COUNTY JAIL P.O. BOX

957 WHEATON, IL 60189-0957

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

RECEIVED

AUG 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

THE CITY OF CHICAGO AND/OR

JOHN DOE CHICAGO POLICE

OFFICERS AND OR

SUPERVISORY OFFICIALS EMPLOYED

BY THE CITY OF CHICAGO OR CHICAGO

POLICE DEPARTMENT

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08-C-3629
(To be supplied by the Clerk of this Court)
"JURY DEMAND REQUESTED"
SOCIAL SECURITY NUMBER:
# 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
D.O.B: 01-04-1981 (DATE OF BIRTH)
PARENTS ADDRESS: 6022 MANOR DRIVE
BURR RIDGE, IL 60527 Home PHONE # (630)
654-9798

CHECK ONE ONLY:

AMENDED COMPLAINT

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: AHSAN SALIM

   B. List all aliases: NONE

   C. Prisoner identification number: 188876

   D. Place of present confinement: DuPAGE COUNTY JAIL

   E. Address: P.O. BOX 957 WHEATON, IL 60189-0957

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: THE CITY OF CHICAGO

      Title: THE CITY OF CHICAGO

      Place of Employment: THE CITY OF CHICAGO

   B. Defendant: JOHN DOE

      Title: CITY OF CHICAGO POLICE OFFICER

      Place of Employment: THE CITY OF CHICAGO

   C. Defendant: JOHN DOE

      Title: CITY OF CHICAGO POLICE SUPERVISORY OFFICIAL

      Place of Employment: THE CITY OF CHICAGO

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   STATEMENT OF CLAIM:

ON OR ABOUT MARCH 2008; AFTER A FEW ATTEMPTS BY MY FAMILY TO RETRIEVE OUR TWO dogs ("LEXI SALIM-SHITZU") AND ("SNOOPY-VON SALIM- COCKER SPANIEL") AND NUMEROUS PHONE CALLS BEING MADE TO CHICAGO POLICE DEPARTMENT AS WELL AS POLICE REPORT BEING MADE BY MY FAMILY AGAINST THE ROSI-ROSSI-ROZZI FAMILY ("?") MY BROTHER AHMED SALIM AND I WENT TO THE "ROSI" FAMILY RESIDENCE AT OR ABOUT "3000 TO 3300 BLOCK" OF SOUTH KEDZIE AVENUE CITY OF CHICAGO. UPON OUR ARRIVAL MY BROTHER TOLD ME TO GET OUT OF THE CAR TO FIND THE ROSI FAMILY NAME ON THE MAILBOX. I WAS OUT OF THE CAR LESS THAN TWO MINUTES WHEN I FOUND THE CORRECT RESIDENCE AND WAS AGAIN BACK INSIDE VEHICLE WITH MY BROTHER AHMED. WE DROVE 1/2 BLOCK AWAY AND PARKED OUR CAR. MY BROTHER GOT OUT AND CALLED THE CHICAGO POLICE DEPARTMENT. SHORTLY THEREAFTER ("45-MIN") TWO FEMALE HISPANIC UNIFORMED OFFICERS ARRIVED AT THE ROSI RESIDENCE. I WAITED IN THE CAR WHILE MY BROTHER WENT UP TO THE ROSI' FRONT DOOR WITH POLICE AND KNOCKED. THE DOGS WERE INSIDE BARKING BUT NO ONE ANSWERED. HOWEVER, THE WINDOW SHADES WERE SEEN BEING DISPLACED BY OCCUPANTS WITHIN THE RESIDENCE. THE OFFICER SAID SHE COULDN'T FORCE ANYONE TO ANSWER THEIR DOOR BUT WASN'T WILLING TO WAIT ALL DAY TO SEE IF THEY WOULD. THE OFFICERS LEFT, BUT, TOLD US TO WAIT OUTSIDE THE RESIDENCE TO SEE IF SOMEONE CAME OUTSIDE, IF SO, "WE WERE TOLD" TO CALL POLICE AGAIN AND SOMEONE WOULD COME BACK TO ASSIST US.

AFTER WAITING AWHILE "AS TOLD"; FOUR MALE AND ONE FEMALE UNIFORMED OFFICERS ARRIVED; MY BROTHER GOT OUT OF THE CAR AND HE AND SOME OF THE OFFICERS BEGAN TO WALK TOWARD ROSI RESIDENCE FRONT DOOR WAY. THE ROSI MOTHER CAME OUT WITH HER KIDS AND SAID TO POLICE IN SPANISH THAT MY BROTHER HAD SEXUALLY MOLESTED HER CHILD. THE POLICE HANDCUFFED MY BROTHER THEN CAME AND ARRESTED ME TOO, SEARCHED ME AND HANDCUFFED ME BEHIND MY BACK. THE ROSI MOTHER AND CHILDREN THEN TOLD POLICE IT WAS ME WHO HAD ARRIVED AND MOLESTED HER KIDS SEXUALLY. THE POLICE BEGAN TO CALL ME NAMES AND THREATENED ME AND DUE TO THE EXTREME TIGHTNESS OF THE HANDCUFFS MY BLOOD CIRCULATION WAS CUT OFF TO MY HANDS AND I SUFFERED PHYSICAL AND EMOTIONAL INJURY AS A DIRECT AND PROXIMATE RESULT OF; EXCESSIVE USE OF FORCE, UNLAWFUL SEARCH AND SIEZURE AND PRIVACY INTERCEPTION; FALSE ARREST; SLANDER AND DEFAMATION OF CHARACTER; RACIAL DISCRIMINATION AS I AM ALSO A PAKISTANI AS WELL AS MY BROTHER; RETALIATION; CONSPIRACY TO OBSTRUCT JUSTICE AND TO DEPRIVE ME OF MY CIVIL RIGHTS BASED ON A FALSIFIED POLICE REPORT AS WELL AS

4

POLICE TELLING MY BROTHER AND I THAT IT WAS MY FAMILY WHO HAD MADE THE FALSE REPORT, WHICH WE DID NOT DO. WE EXPLAINED TO POLICE THAT WE HAD PAID OVER $7,000.00 FOR OUR TWO DOGS. THEN OFFICERS CALLED US LIAR AS WE ARE MUSLIM AND DO NOT KEEP DOGS. I EXPLAINED THAT I AM HEARING IMPAIRED AND HAD THE DOGS AROUND FOR A GOOD REASON (i.e.,) TO LET ME KNOW WHEN THEY HEARD THINGS I COULD NOT HEAR. I NOTICED THAT THERE WERE "3 TO 4" CHICAGO POLICE BLUE AND WHITE BEACON SURVEILLANCE CAMERAS FLASHING OUTSIDE THE RESIDENCE NEARBY ETC. I TOLD THE OFFICERS TO REVIEW THE CAMERA FILM RECORDING THE AREA FOR PROOF OF MY INNOCENCE! I WAS BROUGHT TO MRS. ROSI AND AN OFFICER EXPLAINED TO HER WHAT I HAD SUGGESTED, REVIEWING VIDEO TAPE ETC. MRS. ROSI SUDDENLY CHANGED HER MIND AND ATTITUDE AND THEN THE POLICE RELEASED ME FROM HANDCUFFS AND TOLD MY BROTHER AND ME TO LEAVE AND TO NEVER COME BACK. THE NEXT DAY MY BROTHER AND I MADE A COMPLAINT AT THE CHICAGO POLICE STATION BY PHONE THEN I WENT TO WORK; MY BROTHER DROVE BACK OUT TO THE CHICAGO POLICE STATION AND MADE A WRITTEN COMPLAINT TO SUPERVISORY OFFICIALS ABOUT WHAT OCCURRED THE PREVIOUS DAY AT ROSI RESIDENCE. NOTHING WAS DONE FOR US, ME, AND; I STILL DID NOT GET MY DOGS BACK. NO ONE HAS INFORMED ME OR MY FAMILY AS TO THE STATUS OF OUR WRITTEN COMPLAINT. I NEVER WENT BACK TO ROSI RESIDENCE AS I WAS TOLD BY HISPANIC OFFICERS THAT IF I EVER CAME BACK TO THAT AREA AGAIN THAT I WOULD BE ARRESTED ON SIGHT. I HEREBY DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746 THAT ALL THE ABOVE STATEMENTS ARE TRUE AND CORRECT IN SUBSTANCE AND IN FACT I VERIFY, CERTIFY, AND AFFIRM THAT I DO NOT FILE THIS COMPLAINT TO EMBARRASS OR TO HARRASS ANY OF THE PERSONS NAMED AS DEFENDANTS ABOVE, NOR IS IT MY INTENTION TO CAUSE DELAY IN ANY OTHER CAUSE OF ACTION CIVIL OR CRIMINAL, I BELIEVE IN GOOD FAITH THAT I HAVE A COLORABLE AND MERITORIOUS CIVIL RIGHTS COMPLAINT AND I DECLARE THAT I AM PURSUING THIS ACTION IN THE FURTHERANCE AND IN THE INTERESTS OF SUBSTANTIAL JUSTICE ONLY.

RESPECTFULLY SUBMITTED

SIGNATURE OF PLAINTIFF
AHSAN SALIM #188876
DUPAGE COUNTY JAIL
P.O. BOX 957 WHEATON, IL
60189-0957

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

APPOINTMENT OF COUNSEL PERMISSION TO PROCEED INFORMA PAUPERIS I REQUEST REASONABLE ATTORNEY'S FEES AND PUNITIVE AND COMPENSATORY DAMAGES IN AN AMOUNT TO BE DETERMINED BY A JURY AFTER A JURY TRIAL IS HAD AND AFTER FACTS OF THIS CASE HAVE BEEN TRIED I ALSO REQUEST DECLARATORY AND INJUNCTIVE RELIEF AGAINST DEFENDANTS IF DEEMED NECESSARY OR APPROPRIATE BY COUNSEL OR THE COURT

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  29  day of  July , 20 08

_____
(Signature of plaintiff or plaintiffs)

AHSAN SALIM
(Print name)

#188876
(I.D. Number)

DU PAGE COUNTY JAIL  P.O. BOX 957
WHEATON, IL 60189-0957
PHONE # (630) 407-2000
(Address)