FILED MHN
AUG 25 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AHSAN SALIM # 188876, MOVANT,
PLAINTIFF

VS.

THE CITY OF CHICAGO AND OR JOHN
DOE CHICAGO POLICE OFFICERS AND OR
SUPERVISORY OFFICIALS EMPLOYED BY
THE CITY OF CHICAGO OR CHICAGO POLICE
DEPARTMENT,
DEFENDANTS,

CASE NO # 08-C-3629

JUDGE WAYNE R. ANDERSON

08CV 3629

MOTION FOR APPOINTMENT OF COUNSEL

1. I, AHSAN SALIM, DECLARE THAT I AM THE "PLAINTIFF" IN THE ABOVE ENTITLED PROCEEDING AND STATE THAT I AM UNABLE TO AFFORD THE SERVICES OF AN ATTORNEY AT THIS TIME, AND I HEREBY REQUEST THE COURT TO APPOINT COUNSEL TO REPRESENT ME IN THIS PROCEEDING TO HELP ME DO LIMITED DISCOVERY TO OBTAIN IDENTITY OF NAMED JOHN DOE DEFENDANTS, TO ASSIST ME WITH INTERVIEWING WITNESSES WHO POSSESS RELEVANT INFORMATION TO WHICH I SEEK TO COMPEL TESTIMONY FROM AT THE FUTURE PROCEEDINGS. I ALSO ASSERT THAT MY CLAIMS ARE LEGALLY AND FACTUALLY COMPLEX, BUT, ARE ALSO COLORABLE AND MERITORIOUS AS WELL AS DISCOVERABLE. HOWEVER, THE REQUISITE TASKS NECESSARY FOR ME TO PURSUE SUCCESSFUL LITIGATION ARE NOW BEYOND MY ABILITY DUE TO MY PRESENT INCARCERATION AT THE DUPAGE COUNTY JAIL ON FELONY CHARGES, NOT ONLY AM I INDIGENT I ALSO DO NOT POSSESS LEGAL SKILL, I ALSO, CAN NOT OBTAIN EVIDENCE, INTERVIEW WITNESSES, OR PERFORM INITIAL DISCOVERY NECESSARY TO PROVE MY CLAIM WITHOUT THE ASSISTANCE OF AN ATTORNEY. THEREFORE, I RESPECTFULLY REQUEST THAT THIS HONORABLE COURT WOULD APPOINT COUNSEL ON MY BEHALF FOR THE ABOVE STATED REASONS, "I AM ALSO HEARING IMPAIRED!"

2. IN SUPPORT OF MY MOTION, I DECLARE THAT I HAVE NOT CURRENTLY, NOR PREVIOUSLY HAVE BEEN REPRESENTED BY AN ATTORNEY APPOINTED BY THIS COURT. I HAVE ALSO CONTACTED 3 ATTORNEYS PRIOR TO THIS REQUEST SEEKING PRO BONO REPRESENTATION BUT ATTORNEYS JOHN DON LEVY (312) 213-6504; SCOTT A. BROWER # (630) 707-669 OR # (630) 678-0008 AND JEFFREY B. FAWELL # (630) 871-9300 OR # (630) 609-2826 ALL DECLINED TO REPRESENT ME. I HAVE ATTACHED AN ORIGINAL APPLICATION TO PROCEED IN FORMA PAUPERIS IN THIS PROCEEDING AS ORDERED BY THIS COURT 7-21-08 DETAILING MY FINANCIAL STATUS. I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. §1746 THAT THE FOREGOING IS TRUE AND CORRECT AS WELL AS ALL ALLEGATIONS MADE BY ME WHICH I DESCRIBED IN MY 42 U.S.C. §1983 CIVIL RIGHTS COMPLAINT.

RESPECTFULLY SUBMITTED

AHSAN SALIM # 188876
DUPAGE COUNTY JAIL
P.O. BOX 957
WHEATON, IL 60189-0957
JAIL PHONE # (630) 407-2000

DATE: 7/29 2008